# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2013

Robert P. Young, Jr.,
Chief Justice

146747

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KATHLEEN McGRAW BATTLES,
         Plaintiff-Appellant,

v

MICHAEL KEVIN BATTLES,
         Defendant-Appellee.

SC: 146747
COA: 306606
Wayne CC: 10-116277-DO

_____/

     On order of the Court, the application for leave to appeal the January 15, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2013



t0520

Clerk